UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 1:25-cv-12098

DOMONIQUE WILLIAMS,
        Plaintiff,

v.

CITY OF BOSTON
        Defendant.

### NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1331, 1441 and 1446, defendant City of Boston (the "City"), files this Notice of Removal of the above-captioned case from the Superior Court Department of the Trial Court of the Commonwealth of Massachusetts, Suffolk County, to the United States District Court for the District of Massachusetts. In support of this notice of removal, the City states as follows:

**CASE BACKGROUND AND GROUNDS FOR REMOVAL**

1. On July 26, 2024, the plaintiff commenced a civil action in the Suffolk Superior Court, styled *Domonique Williams v. City of Boston et al.*, Civil Action. No. 2484CV01971 (the "State Court Action"). Plaintiff's complaint asserts six (6) counts against two defendants – the City of Boston and co-defendant Celina Barrios-Millner ("Barrios-Millner").

2. On March 25, 2025, the Court dismissed the claims against Barrios-Millner and allowed the plaintiff 30 days to amend their complaint.

3. On April 22, 2025, the plaintiff filed her Amended Complaint asserting three (3) claims against the City.

4. On July 3, 2025, counsel for the Plaintiff served the City a copy of the Amended Complaint by email upon agreement of counsel.

5. Plaintiff's first count asserts a federal claim against the City for First Amendment Retaliation under 42 U.S.C. § 1983.

6. As required by 28 U.S.C. §1446(a), attached as **Exhibit A** are copies of all process, pleadings and orders served upon the City in the State Court Action. The Notice of Removal is timely. Service of Plaintiff's complaint was made on the City on July 3, 2025. This Notice of Removal was filed prior to the expiration of 30 days from the date of service. *See* 28 U.S.C. §1446(b)(1); *Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999).

7. This Court has federal question subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 as the civil action arises under Chapter 29 of the United States Code.

8. Venue in proper in this Court pursuant to 28 U.S.C.A. §1441(a) because the State Court Action is pending in Massachusetts.

9. All defendants who are known to have been served, have consented, as required by 28 U.S.C. 1446(b)(2)(A), to the removal of this action to the United States District Court for the District of Massachusetts.

10. This Notice of Removal has been served on Plaintiff's counsel. A Notice of Filing of Notice of Removal (attached as **Exhibit B**) will be filed in the Suffolk Superior Court upon filing of this Notice of Removal.

**WHEREFORE**, the City hereby removes the above-captioned case from the Superior Court Department of the Trial Court for the Commonwealth of Massachusetts (Suffolk) and requests that further proceedings be conducted in this Court as provided by law.

Date: July 25, 2025                                  Respectfully submitted,

                                                      **CITY OF BOSTON,**

                                                     By its attorneys:

                                                   ADAM CEDERBAUM
                                                 Corporation Counsel

                                               /s/ *Elizabeth Teebagy*
                                               Randall Maas, BBO # 684382
                                               Assistant Corporation Counsel
                                               Elizabeth Teebagy, BBO# 704002
                                               City of Boston Law Department
                                               City Hall, Room 615
                                               Boston, MA  02201
                                               (617) 635-4042 (Maas)
                                               (617) 635-4039 (Teebagy)
                                               randall.maas@boston.gov
                                               elizabeth.teebagy@boston.gov

## Certificate of Service

     I, Elizabeth Teebagy hereby certify that on July 25, 2025 a true and correct copy of this document filed through the ECF system will be sent by email to counsel for the plaintiff, David Green.

                                               /s/*Elizabeth Teebagy*
                                               Elizabeth Teebagy